**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | **CIVIL ACTION NO. 1:24-CR-47** |
| v. | § | |
| | § | |
| | § | |
| **MARK ANTHONY STOKES** | § | **JUDGE MICHAEL TRUNCALE** |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The court referred a petition alleging violations of supervised release conditions to the

Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to

applicable laws and orders of this court.  The court has received and considered the Judge's

Report, the record, pleadings and all available evidence.

At the close of the revocation hearing, Judge Zack Hawthorn recommended:

1.   finding the Defendant violated the seventh allegation in the petition that he failed to follow a standard condition of release;

2.   revoking the Defendant's supervised release pursuant to 18 U.S.C. § 3583; and

3.   sentencing the defendant to a term of 8 months' imprisonment, with 8 years of supervised release to follow.  His term of imprisonment should be served at the Federal Correctional Institute in Beaumont, Texas, if the Bureau of Prisons can accommodate such request.  The court adopts the magistrate judge's findings for the imposition of the standard, mandatory, and special conditions of supervised release previously imposed when the Defendant was originally sentenced, and the subsequent modifications imposed by the court.

At the close of the revocation hearing, the Defendant, defense counsel, and counsel for

the Government each signed a standard form waiving their right to object to the proposed

findings and recommendations contained in the magistrate judge's report, consenting to

1

revocation of supervised release and imposition of the sentence recommended.  The Defendant also waived his right to be present with counsel and to speak at sentencing before the court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Mark Anthony Stokes's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

**SIGNED this 24th day of February, 2026.**

_____
Michael J. Truncale
United States District Judge

2